FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 06 2015

TYLER TEXAS
CATHY S. LUSK CLERK

April 2, 2015

Dear Cathy S. Lusk Clerk,

I Filed a motion for extension time to File a motion for rehearing after my case was affirmed by the 12th court of Appeals. I sent a copy of the motion for extension to Michael West on March 10th, 2015. Also It appears that I sent a copy to the court of criminal appeals because I assumed that was whom I was supposed to. On March 26, 2015 I recieved the motion for extension of time to File the motion for rehearing back from the Court of Criminal Appeals which leads me to believe that I sent the motion to the wrong court, mistakenly. If my recollection is correct I sent the motion for Extension of time to the court of Criminal Appeals and to the 12th court of Appeals because I was confused about whom I should send the motion to. I believe I may have passed the deadline to File this motion but it is not because I neglected not to. It is because I Filed the motion with the wrong Appellate court. So you know I DID File the motion for Extension of time to file the motion for Rehearing to Michael West so a copy of the motion should be on file and that I DID File it. Please respond and inform me if the 12th court of Appeals received my motion for Extension of time to File motion for rehearing, the status of my case and the 3 most recent motions I have Filed to the 12th court of Appeals. Attached is a motion For Extension of time to file my motion for rehearing as well as the motion that I sent to the Court of Criminal Appeals by mistake confirming my intensions of requesting an extension of time to File the motion for rehearing

David Guy #1883141
ROACH UNIT